Patricia A. PRIESTER,
Petitioner/Respondent,

v.

Scott G. PRIESTER,
Respondent/Appellant.

No. 68676.

Missouri Court of Appeals,
Eastern District,
Division One.

June 25, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 15, 1996.

James L. Rohlfing, Brassil & Rohlfing, P.C., St. Louis, for appellant.

Sally Austin Mills, Colleen M. Hubble, Hayes, Heisler, Mills & Wynne, Clayton, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Father appeals from the circuit court's order modifying a decree of dissolution. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons

for this order affirming the judgment pursuant to Rule 84.16(b).